IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM W. RICE,<br><br>Defendant. | PO 25-05002-M-KLD<br>VIOLATION: F5481562<br><br>Location Code: M10<br><br>ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed without prejudice, and all the initial appearance scheduled for March 6, 2025 is vacated.

DATED this 21st day of January, 2025.

Kathleen L. DeSoto
United States Magistrate Judge

1